**People of the State of Illinois, Plaintiff-Appellee, v. Chester Singletary, Defendant-Appellant.**

**Gen. No. 53,381. (Abstract of Decision.)**

First District, First Division.

December 8, 1969.

Daniel Schuyler, Jr., of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.